```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| JAMES THOMPSON | : | NO. 12-CR-544-2 |

## ORDER

AND NOW, this   29th   day of January, 2014, upon consideration of the various pro se motions filed by the Defendant and the Defendant having been represented by counsel at all times, it is hereby ORDERED that the Defendant's motions filed at Docket Numbers 88, 92, 93 and 113 are DISMISSED.[1]

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.

---

1. It is improper for Defendant to file motions pro se when he is represented by counsel.  See Pagliaccetti v. Kerestes, ___ F.Supp.2d ___, 2013 WL 2462186, *4 (June 10, 2013 E.D. PA); see also United States v. Turner, 677 F.3d 570, 579 (3d Cir.2012).